```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIA LISA COLLAZO,               )
                                  )  Civil Action
          Plaintiff               )  No. 10-cv-07010
                                  )
     v.                           )
                                  )
THE COUNTY OF LANCASTER,          )
LANCASTER COUNTY PRISON BOARD,    )
LANCASTER COUNTY PRISON, and      )
JANE DOES 1-16,                   )
                                  )
          Defendants              )
```

\* \* \*

O R D E R

NOW, this 31st day of August, 2012, upon consideration of the following documents:

- (1) Motion for Summary Judgment Pursuant to Fed.R.C.P. 56 of Defendants The County of Lancaster, Lancaster County Prison Board and Lancaster County Prison, filed on May 2, 2012 (Document 36), together with;

    - (A) Memorandum of Law in Support of the Motion for Summary Judgment Pursuant to Fed.R.C.P. 56 of Defendants County of Lancaster, Lancaster County Prison Board and Lancaster County Prison (Document 36), together with;

    - (B) Statement of Undisputed Material Facts in Support of the Motion for Summary Judgment Pursuant to Fed.R.C.P. 56 of Defendants County of Lancaster, Lancaster County Prison Board and Lancaster County Prison (Document 35);

- (2) Plaintiff's Memorandum of Law in Opposition to the Motion for Summary Judgment Filed by Defendants County of Lancaster, Lancaster County Prison Board and Lancaster County Prison, which memorandum was filed May 17, 2012 (Document 37), together with;

        (A)    Plaintiff's Counter-Statement of Undisputed Material Facts in Opposition to the Motion for Summary Judgment Filed by Defendants' Pursuant to Fed.R.C.P. 56 (Document 37-1);

  (3)    Plaintiff's Memorandum of Law in Opposition to the Motion for Summary Judgment Filed by Defendants County of Lancaster, Lancaster County Prison Board and Lancaster County Prison, which memorandum was filed May 22, 2012 (Document 40) (corrected version);

  (4)    Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, which reply was filed June 25, 2012 (Document 43);

  (5)    Plaintiff's Surreply to Defendants' Reply That Defendants Filed in Support of Their Motion for Summary Judgment, which surreply was filed July 17, 2012 (Document 48);

upon consideration of the pleadings, exhibits, depositions and record papers; and for the reasons articulated in the accompanying Opinion,

    <u>IT IS ORDERED</u> that the Motion for Summary Judgment Pursuant to Fed.R.C.P. 56 of Defendants The County of Lancaster, Lancaster County Prison Board and Lancaster County Prison is granted.

    <u>IT IS FURTHER ORDERED</u> that Count I is dismissed from plaintiff's Complaint for Deprivation of Legal Rights.[1]

---

[1] Plaintiff's Complaint for Deprivation of Legal Rights was filed December 21, 2010 (Document 1).

    By my Order dated April 4, 2011 and filed April 6, 2011 (Document 25), I previously granted defendants' motion to dismiss, and dismissed, Count II from plaintiff's complaint.  In Count II, plaintiff alleges that defendants violated her right under the Constitution and laws of the Commonwealth of Pennsylvania to be free from unreasonable searches.

IT IS FURTHER ORDERED that judgment is entered in favor of defendants The County of Lancaster, Lancaster County Prison Board and Lancaster County Prison and against plaintiff Maria Lisa Collazo.

IT IS FURTHER ORDERED that plaintiff's claims against defendant Jane Does 1-16 are dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge